

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OFELIA VILLALOBOS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CESAR VERA, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND DIANA SERRANO AS NEXT FRIEND OF JULIA ARALE VERA, | § § § § § § | No. 08-14-00189-CV<br><br>Appeal from the<br><br>County Court at Law No. 6<br><br>of El Paso County, Texas<br><br>(TC# 2013-DCV4428) |
| Appellants, | § | |
| V. | § | |
| EL PASO HEALTHCARE SYSTEM, LTD. D/B/A DEL SOL MEDICAL CENTER, | § § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Cost are taxed against the parties incurring them. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)